COMMONWEALTH of Pennsylvania,
Respondent

v.

Jason MYERS, Petitioner.

Supreme Court of Pennsylvania.

Nov. 1, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 1st day of November, 2010, it appearing that Petitioner's appointed counsel has never been granted leave to withdraw as counsel for Petitioner, the petition for allowance of appeal is granted, the order of the Superior Court is vacated, and the matter is remanded for a determination as to counsel's status. If the PCRA court determines that Petitioner is entitled to counsel, counsel shall file a nunc pro tunc appeal from the order of the PCRA court within thirty days of the PCRA court's order. If Petitioner is not entitled to counsel, the Superior Court shall enter a disposition upon Petitioner's pro se appeal.

PIZZUTTI, INC., Appellee

v.

COMMONWEALTH of Pennsylvania,
Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 19, 2010.

Decided Nov. 17, 2010.

Karen Marie Gard, Howard Greeley Hopkirk, PA Office of Attorney General, for Com.

Douglas A. Campbell, Campbell & Levine, L.L.C., Pittsburgh, for Pizzutti, Inc.

Frederick D. Rapone, Jr., Pittsburgh, for appellee.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of November, 2010, the Order of the Commonwealth Court is **AFFIRMED.**